NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-5067

MULTISERVICE JOINT VENTURE, LLC,

Plaintiff,

and

JANICE DAVIS,

Sanctioned Party-Appellant,

v.

UNITED STATES,

Defendant-Appellee.

Appeal from the United States Court of Federal Claims in 06-CV-312, Judge Thomas C. Wheeler.

ON MOTION

ORDER

Upon consideration of Janice Davis' motion for an extension of time, until January 20, 2010, to file her reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 2 5 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Matthew H. Solomson, Esq.
Janice Davis

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 2 5 2010

JAN HORBALY
CLERK